IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| POTOMAC RIVERKEEPER INC. d/b/a POTOMAC RIVERKEEPER NETWORK, | * | |
| | * | |
| *Plaintiff*, | * | |
| | * | Civil Action No. 1:20-cv-778 |
| v. | * | |
| VERSO LUKE LLC, *et al.*, | * | |
| | * | |
| *Defendants*. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

[PROPOSED] ORDER  *ELH*

The Court has considered the Maryland Department of the Environment's Motion for Leave to Intervene *(ECF 19)* and Memorandum in Support, ~~and any response thereto~~, and finds *EH* that all required conditions have been met for intervention in action.

Accordingly, the Maryland Department of the Environment's Motion for Leave to Intervene is hereby GRANTED; and it is further;

ORDERED, that the Maryland Department of the Environment's Complaint in Intervention for Injunctive Relief and Civil Penalties is accepted as filed. *Provided, however, that by June 17, 2020, defendants may move to rescind this Order as improvidently granted.*

5/28/20
_____
Date

*Ellen L. Hollander*
Ellen Lipton Hollander
United States District Judge